UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ISIAH MEADE,

      Plaintiff,

Case No. 1:12-CV-287

v.

Hon. Gordon J. Quist

MICHIGAN DEPARTMENT OF
CORRECTIONS,, et al.,

      Defendants.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Hugh Brenneman's Report and Recommendation issued on February 11, 2013. The Report and Recommendation was duly served on Plaintiff by mail on February 12, 2013. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 11, 2013 (docket no. 16), is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (docket no. 11) is **GRANTED IN PART, DENIED IN PART, AND DISMISSED AS MOOT IN PART**. The motion is **granted** with regard to Plaintiff's claims against Defendants Ryan and Bridgford and Plaintiff's claim for punitive damages, **denied** with regard to Plaintiff's claim under the Americans with Disabilities Act, and **dismissed as moot** regarding Plaintiff's non-existent First Amendment access to the courts claim.

Dated: March 8, 2013                                           /s/ Gordon J. Quist
                                                                                       GORDON J. QUIST
                                                                   UNITED STATES DISTRICT JUDGE