UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ISIAH MEADE,

       Plaintiff,

Case No. 1:12-CV-287

v.

Hon. Gordon J. Quist

MICHIGAN DEPARTMENT OF
CORRECTIONS,, et al.,

       Defendants.
                             /

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Hugh Brenneman's Report and Recommendation issued on February 4, 2014. The Report and Recommendation was duly served on Plaintiff by mail on February 5, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 4, 2014 (docket no. 27), is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant MDOC's Motion for Summary Judgment (docket no. 18) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for a Preliminary Injunction (docket no. 22) is **DENIED**.

This case is **concluded**.

Dated: March 5, 2014                                                              /s/ Gordon J. Quist
                                                                                 GORDON J. QUIST
                                                               UNITED STATES DISTRICT JUDGE